IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08-CV-380-GCM

| | |
|---|---|
| LINDA BREWTON, in her capacity as the Administratrix for and on behalf of Dustin Jarreau Brewton,<br><br>Plaintiff,<br>v.<br>DAVID EARL BEACH and KNIGHT TRANSPORTATION, INC.,<br><br>Defendants. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on Defendant's Motion requesting a Status Conference [doc. 8]. The parties are hereby directed to appear for a status conference on **Tuesday, April 14, 2009, at 2:00 p.m. in Chambers.**

**IT IS SO ORDERED.**

Signed: March 25, 2009

Graham C. Mullen
United States District Judge