# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:08-CV-380-GCM

| | |
|---|---|
| LINDA BREWTON, in her capacity as the Administrator for and on behalf of the Estate of Dustin Jarreau Brewton, <br>           Plaintiff, <br><br> v. <br><br> DAVID BEACH and KNIGHT TRANSPORTATION, INC., <br>           Defendants. | **ORDER** |

**THIS MATTER** is before the Court on its own motion. On March 12, 2009, the Court sent a notice to Michael Jones pursuant to Local Rule 83.1 stating that Jones is required to register for ECF. Attorney Jones failed to comply with the notice.

**IT IS THEREFORE ORDERED** that Attorney Jones must register for ECF by April 9, 2009. Alternatively, as provided in Local Rule 83.1, Attorney Jones must provide the name of an ECF registered attorney who "will accept electronic service on behalf of the attorney being admitted until the admitted attorney can establish and ECF account."

Signed: March 25, 2009

Graham C. Mullen
United States District Judge